## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

|                                          |   |                       |
|------------------------------------------|---|-----------------------|
| **J. NOAH, B.V.**                        | : | CIVIL ACTION          |
|                                          | : | NO.  20-cv-20560 (SDW)(LDW) |
| vs.                                      |   |                       |
| **WILLIE J. MAXWELL, II d/b/a**          | : |                       |
| **ZOO GANG TOURING   ET AL.**            |   |                       |

I hereby attest and certify on 4/21/26
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

DEPUTY CLERK

### ORDER

AND NOW, to wit, as of this 20th day of October , 2021 ,

upon due consideration, it is hereby ORDERED and DECREED that the Motion for Default

Judgment is GRANTED.   It is further ORDERED and DECREED that judgment is entered in favor

of plaintiff J. NOAH, B.V. and against defendants WILLIE J. MAXWELL, II d/b/a ZOO GANG

TOURING and ZOO GANG MUSIC, LLC d/b/a ZOO GANG TOURING, jointly and severally, for

the sum of Two Hundred Ninety-Two Thousand Sixty-Nine Dollars and Fourteen Cents

($292,069.14), plus prejudgment interest and costs.

BY THE COURT:

HON. SUSAN D. WIGENTON

1

AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| J. NOAH, B.V. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:20-cv-20560-SDW-LDW |
| GRAY et al | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    10/20/2021    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  4/21/2026

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*